# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: SCOTT L. DIXON & CANDICE C. DIXON  
3103 VINTON AVENUE  
ROCKFORD, IL  61101  

Case Number: 04-76184  
SSN-xxx-xx-3355 & xxx-xx-7550

Case filed on: 12/14/2004  
Plan Confirmed on: 4/1/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $12,151.36         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | SCOTT L. DIXON | 0.00 | 0.00 | 455.20 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 455.20 | 0.00 |
| 001 | BENEFICIAL MORTGAGE CO OF ILLINOIS | 949.95 | 949.95 | 949.95 | 0.00 |
| 002 | WINNEBAGO COUNTY TREASURER | 5,100.00 | 5,100.00 | 5,100.00 | 1,319.48 |
| 018 | CARLYLE AUTO SALES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 6,049.95 | 6,049.95 | 6,049.95 | 1,319.48 |
| 003 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ASPIRE VISA | 953.94 | 953.94 | 953.94 | 0.00 |
| 005 | ATTENTION LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CREDITOR SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DUN & BRADSTREET | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | OSF ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD HEALTH PHYSICIANS | 209.00 | 209.00 | 209.00 | 0.00 |
| 013 | ROCKFORD CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD MERCANTILE AGENCY INC | 1,085.00 | 1,085.00 | 1,085.00 | 0.00 |
| 016 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MARY CLARK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 2,247.94 | 2,247.94 | 2,247.94 | 0.00 |
|  | Grand Total: | 9,661.89 | 9,661.89 | 10,117.09 | 1,319.48 |

Total Paid Claimant:      $11,436.57  
Trustee Allowance:        $714.79  
Percent Paid Unsecured:   100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008            By   /s/Heather M. Fagan